"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR 06-117 CJC |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF REVOCATION AND DETENTION AFTER HEARING |
| vs. | ) ) | [18 U.S.C. 3148(B)] |
| Shannon Camille Smith, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The defendant having been arrested in this District pursuant to a warrant previously issued by Judge Cormac J. Carney, and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)(X) A.  there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

   (X) B.  there is clear and convincing evidence that the defendant violated the following conditions of release:  Failing to report to Pretrial Services by telephone on August 22, 29, 2007, and September 5, and 12, 2007, and failing to report in person as directed by Pretrial Services in the August and September, 2007.

(2)(X) A.  that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not

1            flee or pose a danger to the safety or any other person or the community; or

2    (X) B.    that the defendant is unlikely to abide by any condition or combination of
3            conditions of release.

4                      ( ) and/or in the event of (1)(A):

5    (3)( )    that the defendant has not rebutted the presumption that no condition or
6            combination of conditions will assure that the person will not pose a danger to the
7            safety of any other person or the community.

8    (4)( )    that there are conditions of release that will assure that the defendant will not flee
9            or pose a danger to the safety of any other person or the community, and that the
10            defendant will abide by such conditions. *See* separate order setting conditions.

11    ( )    This Order shall be stayed for 72 hours in order to allow the Government to seek
12            review from the District Judge assigned to this case or assigned to handle this
13            matter by virtue of being on criminal duty.

14

15    (X)    IT ORDERED that the defendant's prior pretrial release is revoked and the defendant is
16            detained prior to trial.

20    Dated: January 17, 2008.          / s /      ARTHUR NAKAZATO
21                                             ARTHUR NAKAZATO
                                      UNITED STATES MAGISTRATE JUDGE